FILED
CHARLOTTE, NC
MAY 21 2025
US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:25CR 113-KDB

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **BILL OF INDICTMENT** |
| ) | |
| v. ) | |
| ) | Violations: 18 U.S.C. § 922(g)(5)(A) |
| CARLOS SARMIENTO-OCHOA ) | |
| ) | |

## THE GRAND JURY CHARGES:

### COUNT ONE
### (UNLAWFUL POSSESSION OF A FIREARM BY AN ALIEN – 18 U.S.C. § 922(g)(5)(A))

On or about March 14, 2025, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendant,

**CARLOS SARMIENTO-OCHOA**

knowing that he was an alien unlawfully and illegally in the United States, did knowingly and unlawfully possess a firearm, that is, a Glock 23, 40 caliber handgun, in and affecting commerce.

In violation of Title 18, United States Code, Section 922(g)(5)(A).

### COUNT TWO
### (ILLEGAL REENTRY BY AN ALIEN -- 8 U.S.C. § 1326(a))

On or about March 14, 2025, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendant,

**CARLOS SARMIENTO-OCHOA**

an alien, was found in the United States after having been removed therefrom on or about May 15, 2018, at or near Atlanta, Georgia, and October 25, 2019, at or near Houston, Texas, and not having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

1

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of the provisions of 18 U.S.C. § 924(d) and the statutes incorporated or referred to therein. The Grand Jury finds probable cause that the following item is subject to forfeiture, in accordance with § 924(d), because it was involved in, used, or intended to be used in the violations alleged in this Bill of Indictment:

1. a Glock 23, 40 caliber handgun; and
2. ammunition seized during the investigation.

A TRUE BILL:

FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

KENNETH M. SMITH
ASSISTANT UNITED STATES ATTORNEY