# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE WESTERN DISTRICT OF NORTH CAROLINA CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE # 3:25CR113 |
| | ) | |
| VS. | ) | MOTION FOR EXTENSION |
| | ) | OF TIME TO FILE OBJECTION |
| CARLOS SARMIENTO-OCHOA | ) | TO PRESENTENCE REPORT |
| | ) | |

**NOW COMES** the defendant, Carlos Sarmiento-Ochoa, by and through his undersigned counsel, and moves the Court for additional time to file any objections to his Presentence Report. In support of this Motion, the defendant shows the Court the following:

1. Mr. Sarmiento-Ochoa has entered a plea of guilty in the above referenced matter.

2. The draft Presentence Report was filed on January 14, 2026.

3. Mr. Sarmiento-Ochoa was mailed his PSR on January 14 and is located at a local jail in Kentucky. It is my understanding that he has received the document.

4. Due to the location of Mr. Sarmiento-Ochoa, I so far have been unable to review the PSR with him. I expect to do so through videoconference on February 5, 2026.

5. Because of the above, counsel needs an additional 14 days to meet with and discuss the contents of the Presentence Report with the defendant and file any necessary objections to the report.

6. Wherefore, the undersigned counsel respectfully requests that the Court allow 14 additional days to file any objections to the draft Presentence Report making them due on or before February 11, 2026.

Respectfully submitted:

s/Steven Slawinski
Steven Slawinski
N.C. Bar No. 38956
Federal Public Defender
Western District of North Carolina
129 West Trade Street, Suite 300
Charlotte, NC 28202
(704) 374-0720
(704) 374-0722 Fax
Steven_slawinski@fd.org

DATE: January 28, 2026